PEOPLE V HERRON, No. 148677; summary disposition at 498 Mich 901; reported below: 303 Mich App 392.

PEOPLE V ALAN WOOD, No. 150684; Court of Appeals No. 315379. Summary disposition at 498 Mich 914.

PEOPLE V HUSSAIN, No. 150802; Court of Appeals No. 323758. Leave to appeal denied at 498 Mich 918.

PEOPLE V WEST, No. 150999; Court of Appeals No. 317109. Leave to appeal denied at 498 Mich 919.

PEOPLE V BOWLING, No. 151085; Court of Appeals No. 324613. Leave to appeal denied at 498 Mich 919.

PEOPLE V GUNNELLS, No. 151096; Court of Appeals No. 317326. Summary disposition at 498 Mich 926.

LAKELAND HOSPITALS AT NILES AND ST JOSEPH, INC V AUTO-OWNERS INSURANCE COMPANY, No. 151292; Court of Appeals No. 318440. Leave to appeal denied at 498 Mich 932.

HARGROW V DEUTSCHE BANK TRUST COMPANY AMERICAS, No. 151366; Court of Appeals No. 324036. Leave to appeal denied at 498 Mich 919.

MCNEES V OWENS, No. 151436; Court of Appeals No. 324175. Leave to appeal denied at 498 Mich 855.

PEOPLE V MCCOY, No. 151485; Court of Appeals No. 318820. Leave to appeal denied at 498 Mich 919.

TAYLOR V MCCARTHY, No. 151523; Court of Appeals No. 317766. Leave to appeal denied at 498 Mich 919.

THOR REAL ESTATE, LLC V SHANNON, No. 151580; Court of Appeals No. 323600. Leave to appeal denied at 498 Mich 920.

COMPAU V PIONEER RESOURCE COMPANY, LLC, No. 151618; Court of Appeals No. 320615. Leave to appeal denied at 498 Mich 928.

PEOPLE V BRAND, No. 151786; Court of Appeals No. 319090. Leave to appeal denied at 498 Mich 921.

PEOPLE V VILLANUEVA, No. 151825; Court of Appeals No. 326498. Leave to appeal denied at 498 Mich 907.

PEOPLE V DOHERTY, No. 151926; Court of Appeals No. 319391. Leave to appeal denied at 498 Mich 921.